HARRY DOWRET, Respondent, *v.* BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.

Submitted January 20, 1937; decided March 9, 1937.

*Andrew F. Van Thun, Jr.*, and *George D. Yeomans* for appellant.

*Thomas A. Shaw* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.